IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| KAREN CORIELL, TRUSTEE OF THE FLOYD REVOCABLE LIVING TRUST | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. _____ |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. d/b/a THE HARFORD UNDERWRITERS INSURANCE COMPANY, also d/b/a THE HARTFORD | ) ) ) ) ) ) | Removed from Circuit Court of White County at Sparta, Tennessee Case No. CC3238 |
| *Defendant*. | ) ) | |

## HARTFORD UNDERWRITERS INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Comes the Defendant, Hartford Underwriters Insurance Company (incorrectly named "The Hartford Financial Services Group, Inc. d/b/a The Hartford Underwriters Insurance Company, also d/b/a The Hartford" in the Plaintiff's Complaint) ("Hartford" or "Defendant"), and for its notice of removal of this action from the White Circuit Court to the United States District Court for the Middle District of Tennessee, Northeastern Division, states as follows:

1. On April 11, 2023, Plaintiff, Karen Coriell, Trustee of the Floyd Revocable Living Trust, filed the *sub judice* Complaint in the White Circuit Court as state court case number CC3238.

2. On May 15, 2023, Hartford was served with Plaintiff's Complaint, which was filed in the White Circuit Court as state court case number CC3238. Copies of all process and pleadings in the state court action are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

1

3. Plaintiff, Karen Coriell, Trustee of the Floyd Revocable Living Trust, is an individual and is and was a citizen and resident of Tennessee at all times relevant hereto.

4. Defendant, Hartford, is a foreign for-profit organization existing under the laws of the state of Connecticut, with its principal place of business in Connecticut.

5. The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which the Defendant may remove to this Court under 28 U.S.C. § 1441(a), because this is an action between citizens of different states.

6. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. The Plaintiff has demanded $150,000.00 in her Complaint.

7. This notice of removal is filed within thirty (30) days after the Defendant was served and thereby became aware of the removability of this case and within one year of the commencement of this action, as is required by 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant hereby certifies that it has notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing of Notice of Removal" attaching a copy of this "Notice of Removal" with the Clerk of the Circuit Court of White County, Tennessee, which will send notifications of same to all counsel/parties and by mailing a copy to Plaintiff's counsel. (See Notice of Filing of Notice of Removal, attached as **Exhibit B**.)

**DATE: June 13, 2023**

Respectfully submitted,

*/s/ W. Douglas Kemper*
W. Douglas Kemper
D. Craig Lamb (#039901)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3102 West End Avenue
Suite 400
Nashville, Tennessee 37203
Doug.kemper@wilsonelser.com
craig.lamb@wilsonelser.com
*Counsel for Defendant,*
*Hartford Underwriters Insurance Company*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, on this the 13th day of June, 2023, filed the foregoing with the Clerk of Court via CM/ECF e-filing system, and served a copy of same to the following counsel of record via email:

Nathan H. Mauer (#29690)
James S. Higgins (#16140)
The Higgins Firm, PLLC
525 4th Ave. South
Nashville, Tennessee 37210
(615) 353-0930
nmauer@higginsfirm.com
jsh@higginsfirm.com
*Counsel for Plaintiff,*
*Karen Coriell, Trustee of the*
*Floyd Revocable Living Trust*

*/s/ W. Douglas Kemper*
*Counsel for Defendant,*
*Hartford Underwriters Insurance Company*

3

283890539v.1
Case 2:23-cv-00034   Document 1   Filed 06/13/23   Page 3 of 3 PageID #: 3