# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| KAREN CORIELL, ) <br> TRUSTEE OF THE FLOYD ) <br> REVOCABLE LIVING TRUST ) <br> ) <br>     *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> THE HARTFORD FINANCIAL ) <br> SERVICES GROUP, INC. d/b/a ) <br> THE HARTFORD UNDERWRITERS ) <br> INSURANCE COMPANY, also d/b/a ) <br> THE HARTFORD ) <br> ) <br>     *Defendant*. ) | Case No. 2:23-cv-00034 <br><br> Removed from Circuit Court of White <br> County at Sparta, Tennessee <br> Case No. CC3238 |

## ORDER

Plaintiff Karen Coriell, Trustee of the Floyd Revocable Living Trust ("Plaintiff") and Defendant The Hartford Financial Services Group, Inc. d/b/a The Hartford Underwriters Insurance Company, also d/b/a The Hartford ("Defendant"), hereby jointly tender this Agreed Order of Dismissal pursuant to which any and all claims and allegations related thereto by Plaintiff against Hartford are and shall be forever dismissed with prejudice. This Court states as follows:

All claims set forth in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**, and each party hereto shall bear its own costs, expenses and fees related to this matter.

This is a final and appealable Order, and the Clerk shall close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE